UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00017(1)-ADA |
| | § | |
| (1) UBALDO HERNANDEZ-CHAVEZ | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 13, 2026, wherein the defendant (1) UBALDO HERNANDEZ-CHAVEZ waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) UBALDO HERNANDEZ-CHAVEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) UBALDO HERNANDEZ-CHAVEZ 's plea of guilty to Count One (1) is accepted.

Signed this 10th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE